UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Martin Kelledy,<br>Individually and on Behalf of All<br>Other Persons Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Dunkin' Brands, Inc. *and*<br>Dunkin' Brand Group Inc.,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-10626-RGS |

### **DECLARATION OF JEFFREY G. THORN**

I, Jeffrey G. Thorn, declare that the following statements are true:

1. I am over 18 years old and am the sole practitioner of Thorn Law PLLC. I represent Plaintiff Martin Kelledy in the above captioned matter.

2. I have personal knowledge of the statements contained herein, about which I would be competent to offer testimony.

3. I attach as Exhibit 1 a genuine copy of my correspondence with Dunkin' counsel Derek Ensminger dated July 14, 2022.

4. I attach as Exhibit 2 a genuine copy of my correspondence with Dunkin' counsel Derek Ensminger dated February 22, 2023.

5. I attach as Exhibit 3 a genuine copy of my correspondence with attorney Eric Loeffler dated February 24, 2023.

6. I attach as Exhibit 4 a genuine copy of my correspondence with Dunkin' counsel Derek Ensminger dated March 3, 2023.

7. I attach as Exhibit 5 a genuine copy of my correspondence with the AAA dated March 22, 2023.

8. I attach as Exhibit 6 a genuine copy of my correspondence with the AAA dated March 29, 2023.

9. I attach as Exhibit 7 a genuine copy of my correspondence with attorney David Thomas, dated March 30, 2023.

10. I attach as Exhibit 8 a genuine copy of the Dunkin' Brands Terms of Use which I have downloaded from the Dunkin' website today, June 9, 2023. I have also verified that these Terms of Use are the same as those necessary to "Accept" the Mobile Application by downloading those Terms on a mobile device. Both versions state "Last Updated: April 27, 2021."

11. I attach as Exhibit 9 a genuine copy of correspondence between Dunkin' customer service and a Dunkin' customer, dated February 2022. This correspondence was provided to me in June 2023 by the customer who requested that I redact their name.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed June 9, 2023
Boston, Massachusetts

_____
Jeffrey G. Thorn, Esq.