UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Martin Kelledy,
*individually and on behalf of all other*
*persons similarly situated*

      Plaintiff

      v.                        Civil Action No. 23-10626-RGS

Dunkin' Brands, Inc., and Dunkin
Brands Group Inc.

      Defendants

ORDER OF DISMISSAL

June 16, 2023

STEARNS, D.J.

      In accordance with the court's Memorandum and Order [Dkt. # 16] entered on June 16, 2023, it is ORDERED that the above-entitled action be, and hereby is, dismissed without prejudice.

By the court,

/s/ Arnold Pacho
Deputy Clerk